UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC ZAHLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF UNION GAP; ROBERT ALMEIDA as Police Chief; ROBERT NORTHCOTT as Judge; MELONEE MOSER as Court Administrator; CHRISTINA CHAPMAN as Court Clerk; CITY OF YAKIMA; DOMINIC RIZZI as Police Chief; SUSAN J. WOODARD as Presiding Judge; KELLEY C. OLWELL as Judge; KEVIN G. EILMES as Court Commissioner; LINDA S. HAGERT as Court Services Manager; YAKIMA COUNTY; KEN IRWIN as Sheriff; SUSAN L. HAHN as Presiding Judge; MICHAEL G. McCARTHY as Judge; F. JAMES GAVIN as Judge; BLAINE G. GIBSON as Judge; DAVID A. ELOFSON as Judge; ROBERT E. LAWRENCE-BERREY as Judge; RICHARD H. BARTHELD as Judge; RUTH E. REUKAUF as Judge; ROBERT W. INOUYE as Court Commissioner; LANI-KAI SWANHART as Court Commissioner; GAYLE M. HARTHCOCK as Court Commissioner; ROBYN BERNDT as Court Administrator; HAROLD DELIA as Court Consultant; STATE OF WASHINGTON; THE 50 CORPORATE STATES; THE CORPORATE UNITED STATES; UNITED STATES SUPREME COURT; NINTH CIRCUIT COURT OF APPEALS; and U.S. DISTRICT COURTS OF WASHINGTON,<br><br>  Defendants. | NO. CV-12-3075-EFS<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT AND CLOSING FILE** |

ORDER DISMISSING FIRST AMENDED COMPLAINT -- 1

By Order filed November 15, 2012, the Court advised Plaintiff Eric Zahler of the deficiencies of his Complaint and granted him leave to amend. ECF No. 11. He is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.

In his original Complaint, Plaintiff sought class-action relief for alleged violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(a)-(d), by a number of governmental entities. The Court concluded that the Complaint was legally deficient because it failed to comply with the requirements of Federal Rule of Civil Procedure 23(a), which governs class-action lawsuits. The Court also concluded that Plaintiff could not assert RICO claims against governmental entities.

The Court provided Plaintiff with sixty (60) days to amend his Complaint. Plaintiff was instructed that if he amended his complaint, he was required to, *inter alia*, 1) omit his RICO claim against governmental entities; 2) include a short, plain statement indicating why he is entitled to legal relief; 3) provide specific facts in support of his claims that entitle him to the relief he seeks, in <u>separate, numbered paragraphs</u> (emphasis in original); and 4) for all Defendants named in the caption, identify which specific claims he brings against each Defendant and state how each Defendant is liable to him. Plaintiff failed to comply with these requirements. Accordingly, the Court dismisses Plaintiff's First Amended Complaint with prejudice for failure to state a claim upon which relief can be granted. **The Court certifies any appeal of this dismissal would not be taken in good faith.**

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The First Amended Complaint, **ECF No. 12**, is **DISMISSED WITH PREJUDICE.**

2. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Defendants.

3. All pending hearings, deadlines, and motions are **STRICKEN**.

4. This file shall be **CLOSED.**

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this _22nd_ day of January 2013.

                                      S/ Edward F. Shea
                                      EDWARD F. SHEA
                        Senior United States District Judge