AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ERIC ZAHLER,

                Plaintiff,

           v.

CITY OF UNION GAP, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3075-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and the First Amended Complaint is dismissed with prejudice pursuant to the Order Dismissing First Amended Complaint entered January 23, 2013, ECF No. 17.

01/23/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas